IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02830-WYD-MJW

JOSHUA CAMPUZANO,

Plaintiff(s),

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

  It is hereby ORDERED that the Forthwith Stipulated Motion to Amend Complaint (Docket No. 17) is granted.  It is thus further

  ORDERED that the tendered Amended Complaint for Damages (Docket No. 18) is accepted for filing as of the date of this Minute Order.

Date: December 5, 2012